IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PHILLIP RAY RICE, #158 553 | * |
| Petitioner, | * |
| v. | *   2:07-CV-72-WHA |
| | (WO) |
| LEON FORNISS, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

## ORDER ON MOTION

Upon consideration of Petitioner's brief in support of petition for writ of habeas corpus which also contains a request for appointment of counsel, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby DENIED. *See McFarland v. Scott,* 512 U.S. 849, 857 n. 3 (1994) (a petitioner serving a noncapital sentence has no right to appointment of counsel in a habeas proceeding).

Done, this 29th day of January 2007.

    /s/Terry Moorer
TERRY MOORER
UNITED STATES MAGISTRATE JUDGE