IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PHILLIP RAY RICE, #158 553　　　　*

　　Petitioner,　　　　　　　　　　*

　　　　v.　　　　　　　　　　　　*　　　2:07-CV-72-WHA
　　　　　　　　　　　　　　　　　　　　　　　(WO)
LEON FORNISS, WARDEN, *et al.*,　*

　　Respondents.　　　　　　　　　*
_____

**ORDER ON MOTION**

Upon consideration of Petitioner's brief in support of petition for writ of habeas corpus which also contains a request for appointment of counsel, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby DENIED. *See McFarland v. Scott,* 512 U.S. 849, 857 n. 3 (1994) (a petitioner serving a noncapital sentence has no right to appointment of counsel in a habeas proceeding).

Done, this 29th day of January 2007.

　　　　　　　　　　　　　　　　　　　/s/Terry Moorer
　　　　　　　　　　　　　　　　　　TERRY MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE