IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP RAY RICE, #158553                )<br>                                                        )<br>           Petitioner,                            )<br>                                                        )<br>     v.                                              )<br>                                                        )<br> LEON FORNISS, WARDEN, *et al.*,       )<br>                                                        )<br>           Respondents.                        ) | Civil Action No. 2:07cv72-WHA<br>(WO) |

**O R D E R**

Upon further review of file in this case, the court deems that the petition for a writ of habeas corpus filed by Petitioner on January 22, 2007 (Doc. No. 1), is more appropriately filed under the provisions of 28 U.S.C. § 2254, as originally styled by Petitioner. Accordingly, the Clerk of Court is DIRECTED to take all necessary steps to amend the docket to reflect that the instant petition is filed under 28 U.S.C. § 2254.

Done this 13th day of January, 2009.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE